the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. The complaint was dismissed solely on the ground of the insufficiency of the notice of claim, the material portion of which read as follows: " Please take notice that I, Rose E. Tynan, * * * have a claim against The City of New York for personal injuries sustained by me * * * at the northeast corner of Flushing Avenue and Garden Street, in front of the premises 844 Flushing Avenue in the Borough of Brooklyn, City of New York, by being thrown or caused to fall by reason of the defective, improper, unsafe and unsuitable condition of the crosswalk, pavement or sidewalk."

*Theodore H. Lord* and *Arthur K. Wing* for appellant.
*William P. Burr,* Corporation Counsel (*William B. Carswell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ. Dissenting: CARDOZO, J.

---

CORNELIA A. DUNBAR, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Dunbar* v. *City of New York,* 177 App. Div. 647, affirmed.
(Argued March 11, 1918; decided March 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1917, *unanimously* affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to cancel a lien for water charges against property of the plaintiff. Plaintiff contended that the charge was not a valid lien against her property for the following reasons: *First.* The water was not consumed by the plaintiff, but by a tenant then in possession, for whose debts plaintiff was in nowise responsible. *Second.* That

the water was furnished without the knowledge, consent or approval of the plaintiff. *Third.* That the sections 473 and 475 of the charter making the charge for the use of water measured by meter a lien upon the property are in violation of the rights of the plaintiff under the Fourteenth Amendment of section 1 of the Constitution of the United States of America, and deprived the plaintiff of her property without due process of law.

*Harold G. Aron* and *Mornay Williams* for appellant.

*William P. Burr, Corporation Counsel* (*William H. King* and *David Robson* of counsel), for respondent.

Judgment affirmed, with costs on opinion of SHEARN, J., below.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.